Scott M. Petersen, 7599
Clint R. Hansen, 12108
**FABIAN VANCOTT**
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: 801.531.8900
Facsimile: 801.531.1716
spetersen@fabianvancott.com
chansen@fabianvancott.com
*Attorneys for Defendant Unum*
*Life Insurance Company of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| THE ESTATE OF TROY A. LINDQUIST,<br><br>Plaintiff,<br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-00105-CMR<br><br>**NOTICE OF SETTLEMENT**<br><br>Magistrate Judge Cecilia M. Romero |

The parties, through their undersigned counsel, notify the Court that they have reached an agreement to settle all disputed issues involved in the above captioned matter. The parties are finalizing the settlement and anticipate filing a motion to dismiss within sixty (60) days of the date of this notice.

DATED this 25th day of May, 2022.

*/s/ Clint R. Hansen*
Scott M. Petersen
Clint R. Hansen
FABIAN VANCOTT
*Attorneys for Defendants*

DATED this 25th day of May 2022.

*/s/ Andrew J. Reichardt (with permission)*
Andrew J. Reichardt
Law Office of Andrew Reichardt PLLC
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2022, I caused to be served, via the Court's electronic filing system, a true and correct copy of ANSWER to:

**Andrew J. Reichardt**
LAW OFFICE OF ANDREW REICHARDT PLLC
5330 S 900 E #115
SALT LAKE CITY, UT 84117
(801)261-3400
Email: andrew@utdisability.com

/s/ Clint R. Hansen
Clint R. Hansen